IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,<br>       Plaintiff,<br><br>vs.<br><br>BEVERLY K. WELLS,<br>       Defendant. | Civil Action No. 2:20-cv-62-FL<br><br>MOTION FOR ENTRY OF CONSENT JUDGMENT |

  NOW COME the Plaintiff, Old Republic National Title Insurance Company, and Defendant and Counterclaimant, Beverly K. Wells (collectively "Parties") and jointly request that the Court enter the attached Consent Judgment. In support of this motion, the Parties set forth the following:

  1. Plaintiff instituted the instant action with the filing of the complaint on August 28, 2020, seeking reformation of a title insurance policy and entry of a declaratory judgment.

  2. Defendant filed a timely answer opposing the relief sought and asserting counterclaims.

  3. Plaintiff filed a timely reply to Defendant's counterclaims.

  4. The Parties have reached an agreement to resolve the outstanding issues with respect to the above-captioned action, the claims and counterclaims.

  5. In order to avoid further litigation and resolve all matters set forth in the pleadings, as part of the settlement agreement, the Parties have agreed and consented to the attached Consent Judgment.

Wherefore, the Parties move the Court for entry of the attached Consent Judgment.

This the 23rd day of June 2021.

OFFIT KURMAN, P.A.

By:/s/ Zipporah B. Edwards
Zipporah B. Edwards/ N.C. State Bar No. 20838
*Attorneys for Plaintiff*
2600 One Wells Fargo Center
301 South College St.
Charlotte, NC  28202
Telephone: 704- 377-2500
Email: zip.edwards@offitkurman.com

CARRUTHERS & ROTH, P.A.

By: /s/ Rachel S. Decker
Rachel S. Decker/N.C. State Bar No. 22020
*Attorneys for Defendant*
235 N. Edgeworth St. (27401)
Post Office Box 540
Greensboro, North Carolina 27402-0540
Telephone: 336-379-8651
Email: rsd@crlaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Court's CM/ECF system, which will send notice of filing to the following counsel of record:

> J. Patrick Haywood
> jph@crlaw.com
> Rachel S. Decker
> rsd@crlaw.com
> CARRUTHERS & ROTH, P.A.
> 235 N. Edgeworth St. (27401)
> Post Office Box 540
> Greensboro, North Carolina 27402-0540
> Telephone: 336-379-8651
> Facsimile: 336-478-1175
> *Attorneys for Defendant*

This the 23rd day of June, 2021.

/s/Zipporah Basile Edwards
Zipporah Basile Edwards

4841-2604-3113, v. 1